**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JUSTIN HILMAN,** | |
| Plaintiff. | **Case No. 1:23-cv-7859** |
| v. | **Judge Thomas M. Durkin** |
| **SPEEDWAY LLC,** <br> **a limited liability company** | **Magistrate Judge Sheila M. Finnegan** |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with each party bearing their own costs.

Respectfully submitted by:

Plaintiff:

By: /s/ Ryan D. Johnson
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com

Defendant:

/s/ MICHAEL S. ORR
SENIOR COUNSEL
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
msorr@calljensen.com